JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUHUA LIN,<br>          Plaintiff,<br><br>          v.<br><br>ALEJANDRO MAYORKAS, et al.,<br>          Defendants. | 2:23-cv-10502-DSF-ASx<br><br>JUDGMENT |

The Court having issued an order to show cause re dismissal for lack of prosecution and Plaintiff not having responded within the time ordered by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: December 13, 2024

Dale S. Fischer
United States District Judge